PITTS, Probate Judge, v. BERRY.
(2 Div. 157.)

(Court of Appeals of Alabama.   May 15, 1917.)

COURTS �köö42(3) — ACT CREATING INFERIOR COURT—CONSTITUTIONALITY.

Loc. Acts 1915, p. 436, creating the inferior court for Dallas county, is unconstitutional.

[Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 166, 167, 181–183.]

Appeal from Circuit Court, Dallas County; B. M. Miller, Judge.

Suit for mandamus between J. Heflin Berry and P. H. Pitts, as Probate Judge, etc.   From the judgment, an appeal is taken.   Judgment reversed and judgment rendered denying the writ and dismissing the petition.

Arthur M. Pitts, of Selma, for appellant. Pettus, Fuller & Lapsley, of Selma, for appellee.

BROWN, P. J.   The only question involved in this case—the constitutionality of the act creating the inferior court for Dallas county (Local Acts 1915, p. 436)—was fully considered in State v. Roden, 73 South. 657,[1] and was determined in favor of the appellant's contention here, that the act is unconstitutional. On the authority of that case, the judgment of the circuit court is reversed, and a judgment here rendered denying the writ of mandamus and dismissing the petition at the cost of the petitioner.

Reversed and rendered.